UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GAIL HARRISON,

                Plaintiff,

          v.

METROPOLITAN LIFE INSURANCE
COMPANY, HORIZON BLUE CROSS BLUE
SHIELD OF NEW JERSEY and EMPIRE BLUE
CROSS BLUE SHIELD OF NEW YORK,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05 Civ. 6386 (VM) [ECF Case]

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Empire Blue Cross Blue Shield of New York's Motion to Dismiss Plaintiff's Complaint (filed in the Supreme Court of the State of New York, County of New York, on June 20, 2005, and removed to this Court on July 13, 2005) and the Declaration of Randy M. Mastro, dated August 22, 2005, Defendant Empire Blue Cross Blue Shield of New York ("Empire") will move this Court, before the Honorable Victor Marrero, at a time and date to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing Plaintiff Gail Harrison's Complaint, and granting Defendant such other and further relief that this Court deems just and proper.  Pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within five business days after service of the answering papers.

Dated:   New York, New York
         August 22, 2005

                                   GIBSON, DUNN & CRUTCHER LLP

                         By:       _____
                                   Randy M. Mastro (RM-9492)

                                   200 Park Avenue
                                   47th Floor
                                   New York, New York 10166-0193

                                   Telephone:  (212) 351-4000
                                   Facsimile:  (212) 351-4035

                                   *Attorneys for Defendant Empire Blue Cross
                                   Blue Shield of New York*

TO:      Richard A. Dienst
         Queller, Fisher, Dienst, Serrins,
         Washor & Kool LLP
         233 Broadway, 18th Floor
         New York, New York 10279
         Telephone:  (212) 406-1700
         Facsimile:  (212) 406-2313

         *Attorneys for Plaintiff Gail Harrison*

         Allan Michael Marcus
         Lester, Schwab, Katz and Dwyer LLP
         120 Broadway
         New York, New York 10271
         Telephone:  (212) 964-6611
         Facsimile:  (212) 267-5916

         *Attorneys for Defendant Metropolitan Life
         Insurance Company*

         Debra M. Lightner, Esq.
         Horizon Blue Cross Blue Shield of New Jersey
         Legal Department
         3 Penn Plaza – Suite 16F
         Newark, New Jersey 07105-2200

         *Attorneys for Defendant Horizon Blue Cross
         Blue Shield of New Jersey*

Index No. 05 Civ. 6386 (VM) [ECF Case]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAIL HARRISON,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
and EMPIRE BLUE CROSS BLUE SHIELD OF NEW YORK,

Defendants.

## NOTICE OF MOTION

**GIBSON, DUNN & CRUTCHER LLP**
Randy M. Mastro
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000

*Attorneys for Defendant Empire Blue Cross Blue Shield of New York*

To      Richard A. Dienst, Esq.
        Queller, Fisher, Dienst, Serrins, Washor & Kool, LLP
        233 Broadway, 18th Floor
        New York, New York 10279
        Tel: 212-406-1700
        *Attorneys for Plaintiff Gail Harrison*

**Due and proper service of a copy of the within**
                            **is hereby admitted**

Dated,            , New York