LSK&D #: 564-5008 / 820105
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-06

-----------------------------------------------------------X

GAIL HARRISON,

                                   Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE
COMPANY, HORIZON BLUE CROSS BLUE
SHIELD OF NEW JERSEY and EMPIRE
BLUE CROSS BLUE SHIELD OF NEW YORK,

                                  Defendants.

-----------------------------------------------------------X

No. 05-CV-6386 (VM)
(ECF Case)

STIPULATION AND
ORDER OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action should be dismissed with prejudice and without costs, and with each party to bear its own attorneys' fees.

Dated:     New York, New York
            December 8, 2006

LAW OFFICES OF RICHARD A. DIENST

_____
Richard A. Dienst, Esq. (RD-9963)
233 Broadway, 18th Floor
New York, New York 10279
Attorney for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendant
Metropolitan Life Insurance Company

GIBSON, DUNN & CRUTCHER, LLP

_____
Randy M. Mastro (RM-9492)
Gabriel Herrmann (GH-2436)
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000
Attorneys for Defendant
Empire Blue Cross Blue Shield of New York

SO ORDERED.

_____
United States District Judge
Victor Marrero

Dated: 15 December 2006